**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000411
07-MAY-2025
08:02 AM
Dkt. 16 ODSD**

NO. CAAP-24-0000411

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RICHARD RAPOZO, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CPN-24-0000006)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On June 6, 2024, Petitioner-Appellant Richard Rapozo (**Rapozo**) filed the notice of appeal, self-represented;

(2) The statement of jurisdiction and opening brief were due on or before July 19, 2024, and August 19, 2024, respectively;

(3) Rapozo failed to file either document, or request an extension of time;

(4) On August 23, 2024, the appellate clerk entered a default notice informing Rapozo that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on September 3, 2024, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Rapozo could request relief from default by motion; and

(5) Rapozo has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 7, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge